# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**JEFFREY NORKIN,**

*Petitioner*,

v.                                                  **Case No.: 4:25cv6-MW/MJF**

**FLORIDA SUPREME COURT, et al.,**

*Respondents.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 12. The Magistrate Judge recommends dismissal because Petitioner failed to comply with two court orders, failed to comply with two local rules, failed to prosecute this action, and failed to pay the filing fee or seek leave to proceed *in forma pauperis*. *Id*. The report and recommendation was returned as undeliverable on April 14, 2025, and Petitioner has failed to notify this Court of his valid address notwithstanding his responsibility to do so. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 12, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for failure to comply with two court orders and

two local rules, failure to prosecute, and failure to pay the filing fee or seek leave to

proceed *in forma pauperis*." The Clerk shall close the file.

**SO ORDERED on April 24, 2025.**

s/Mark E. Walker
**Chief United States District Judge**